# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>Ryan S. Lin<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)         17-MJ-4251-DHH<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 2016 to the present__ in the county of __Middlesex__ in the
_____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2261A | Cyberstalking |

This criminal complaint is based on these facts:

See attached Affidavit of FBI Agent Jeffrey Williams

☑ Continued on the attached sheet.

*Complainant's signature*

SA Agent Jeffrey Williams
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/03/2017

*Judge's signature*

City and state: Boston, Massachusetts

David H. Hennessy, Chief U.S. Magistrate Judge
*Printed name and title*

-